ADAIR v. CRANE and Others.

No. 9977; November 20, 1885.

8 Pac. 512.

**Boundaries.**—Adjoining Proprietors may Orally Agree That the Division line between their lands shall be a certain fence.

**Appeal.**—The Admission of Immaterial Evidence, if It Work No Injury to the party complaining thereof, is error without injury, and not ground for a reversal.

APPEAL from Superior Court, County of Ventura.

Ejectment. Defendants set up an equitable title to lands on one side of a certain wire fence in accordance with an oral agreement establishing such fence as the division line between defendants' and plaintiff's land. On the trial the court refused to strike out the testimony of the witness Criss, who had been permitted to testify, against plaintiff's objection, regarding the understanding in the community as to the division line.

L. C. McKieby and Williams & Williams for appellant; Blackstock & Shepherd for respondents.

By the COURT.—1. There is evidence to sustain the finding as to the agreement of the parties that the wire fence should be the division line. It was competent for the parties to make such an agreement.

2. It is not manifest that any injury occurred from the refusal to strike out the testimony of the witness Criss.

We see no error in the transcript. Judgment and order affirmed.